JS 45 (1/96) Electronic Version
**Criminal Case Cover Sheet**                                                                 U.S. District Court

## Place of Offense:

City __Eau Claire__    Related Case Information: **10 CR 026 C**
County/Parish __" "__   Superseding _____   Docket Number _____
                        Same Defendant _____   New Defendant _____
                        Magistrate Judge Case Number _____
                        Search Warrant Case Number _____
                        R 20/ R 40 from District of _____

## Defendant Information:

Matter to be sealed:    ☐ Yes    ■ No
Def. Name __Branden R. Kortness__
Alias Name _____
City/State __Altoona, WI__
Year of Birth _____    Last 4 digits of SSN _____
Sex __Male__    Race _____

*(Stamp: DOC NO REC'D/FILED 2010 FEB 17 PM 3:53 PETER OPPENEER CLERK US DIST COURT WD OF WI)*

## U.S. Attorney Information:

AUSA __Timothy M. O'Shea__    Bar # _____
Interpreter    ■ No    ☐ Yes    List language and/or dialect: _____

## Location Status:

Arrest Date _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: _____    ☐ Petty    ☐ Misdemeanor    ☐ Felony
                                        ☐ Class A
                                        ☐ Class B
                                        ☐ Class C

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Steal Mail | 1 |
| Set 2 | 18 U.S.C. § 1708 | Possession of Stolen Mail | 2 |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date __2-17-10__    Signature of AUSA: _____